# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEL PUERTO PROPERTIES LIMITED LIABILITY COMPANY,<br><br>　　　　Defendant. | Case No.  1:15-cv-01357-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 21)<br><br>FORTY-FIVE DAY DEADLINE |

On November 8, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents within forty-five (45) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __November 9, 2016__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1