# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| WILLIAM HOPSON,<br><br>             Plaintiff,<br><br>       v.<br><br>DEL PUERTO PROPERTIES LIMITED LIABILITY COMPANY, as an individual entity, and doing business as Del Puerto Wholesale Meat Market, and, or, La Rancherita, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.:  1:15-cv-01357-DAD-SAB<br><br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>(ECF No. 23) |

This action was filed on September 3, 2015.  (ECF No. 1.)  On December 22, 2016, Plaintiff filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 27, 2016**

_____
UNITED STATES MAGISTRATE JUDGE